```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              19 Cr. 105 (LGS)

 5   JUAN RAMIREZ and ANA BRITO,

 6                  Defendants.
                                                Conference
 7   ------------------------------x

 8                                              New York, N.Y.
                                                May 2, 2019
 9                                              4:45 p.m.

10   Before:

11
                       HON. LORNA G. SCHOFIELD,
12
                                                District Judge
13
                              APPEARANCES
14
     GEOFFREY S. BERMAN
15        United States Attorney for the
          Southern District of New York
16   BY:  JULIANA N. MURRAY
          Assistant United States Attorney
17
     DEBORAH A. COLSON
18        Attorney for Defendant Ramirez
          -and-
19   MEISTER SEELIG & FEIN LLP
     BY:  HANA HARAMATI
20
     ANDREW G. PATEL
21        Attorney for Defendant Brito

22

23

24

25
```

J52WramC

1              (Case called)
2              MS. MURRAY:  Good afternoon, your Honor.  Juliana
3    Murray, on behalf of the United States.
4              THE COURT:  Good afternoon.
5              MS. COLSON:  Good afternoon, your Honor.  Deborah
6    Colson and Hana Haramati, for Mr. Ramirez.
7              THE COURT:  Good afternoon.
8              MR. PATEL:  Good afternoon, your Honor.  Andrew Patel,
9    Ms. Brito.
10             THE COURT:  Good afternoon.
11             You may be seated.
12             Could I have a report from the government.
13             MS. MURRAY:  Yes, your Honor.
14             The parties are in ongoing plea negotiations.  At this
15   point we're ready to set a trial date.
16             THE COURT:  OK.  Mr. Street has told me that the first
17   available trial date the parties have agreed to is January 13,
18   2020.  Is that right?
19             MR. PATEL:  Yes, Judge.
20             MS. MURRAY:  Yes, your Honor.
21             THE COURT:  OK.
22             And Ms. Colson?  I just didn't hear you.
23             MS. COLSON:  Yes, your Honor.
24             THE COURT:  All right.  I will set a trial for that
25   date and the following dates for pretrial submissions:

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

1   December 2 for motions *in limine*; December 9 for responses;
2   December 9 for joint voir dire, joint proposed requests to
3   charge and a joint verdict sheet.
4              I would like the final pretrial conference to be
5   January 7 at 11 a.m.  OK.
6              Anything else we need to do?
7              MS. MURRAY:  Yes, your Honor.
8              We'd move under the Speedy Trial Act to exclude time
9   between today and January 13, 2020, to permit the parties to
10  engage in ongoing plea negotiations.
11             THE COURT:  OK.
12             MS. COLSON:  No objection.
13             MR. PATEL:  No objection.
14             THE COURT:  OK.  Hearing no objection, I will exclude
15  the time between now and January 13, 2020, in order for the
16  parties to engage in continued plea negotiations and also to
17  prepare for trial.  I find that the ends of justice served by
18  excluding the time between now and January 13 outweigh the best
19  interests of the public and the defendants in a speedy trial
20  under 18 U.S.C. 3161(h)(7)(A).
21             Thank you, counsel.
22             (Adjourned)
23
24
25