UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

UNITED STATES OF AMERICA

        -v.-

JUAN RAMIREZ and
ANA BRITO,

        Defendants.

------------------------------------------------------------ x

**GOVERNMENT'S FORFEITURE BILL OF PARTICULARS**

19 Cr. 105 (LGS)

    Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the offenses alleged in Count One of the Indictment, as alleged in the Forfeiture Allegation and/or the Substitute Asset Provision in the Indictment, includes but is not limited to the following:

    a) One 2010 GMC Acadia, bearing Vehicle Identification Number 1GKLRMED3AJ144762 seized by the Government on or about February 4, 2019;

Dated: New York, New York
       July 10, 2019

                Respectfully Submitted,

                GEOFFREY S. BERMAN
                United States Attorney for the
                Southern District of New York

       By: _____
                ALEXANDRA ROTHMAN
                Assistant United States Attorney
                Tel.: (212) 637-2580