USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER FOR CONTINUED** |
|  | : | **CUSTODY OF PROPERTY** |
| -v.- | : | **PURSUANT TO 21 U.S.C. § 853** |
|  | : |  |
| JUAN RAMIREZ and | : |  |
| ANA BRITO, | : | 19 Cr. 105 (LGS) |
|  | : |  |
| Defendants. | : |  |
|  | : |  |

------------------------------------------------------- x

WHEREAS, the Government has applied for an order authorizing the Government and its agencies to maintain custody of certain property pending the conclusion of the instant case;

WHEREAS, the property in question includes the following asset:

i)    One 2010 GMC Acadia, bearing Vehicle Identification Number 1GKLRMED3AJ144762 seized by the Government on or about February 4, 2019;

(the "Subject Property");

WHEREAS, the Subject Property is currently in the lawful custody of the Government;

WHEREAS, the Government has represented to the Court that it will maintain and preserve the Subject Property throughout the instant case so that it will be available for forfeiture;

WHEREAS, the Subject Property is alleged to be forfeitable to the United States, pursuant to Title 21, United States Code, Section 853, as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count One of the Indictment;

1

WHEREAS, there is probable cause to believe the Subject Property is subject to forfeiture to the United States as property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment and/or property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense charged in Count One of the Indictment;

WHEREAS, Title 21, United States Code, Section 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture; and

WHEREAS, this Order satisfies the Government's obligations to preserve its right to maintain custody of the Subject Property under Title 18, United States Code, Section 983(a)(3)(B)(ii)(II);

IT IS HEREBY ORDERED, pursuant to Title 21, United States Code, Section 853(e)(1), that the United States and its agencies, including the Drug Enforcement Administration, are authorized to maintain custody of and preserve the Subject Property until the conclusion of the instant case, pending further order of this Court.

Dated: New York, New York
     July _____, 2019

SO ORDERED.
Dated: July 31, 2019
    New York, New York

SO ORDERED

_____
HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2