USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                    Plaintiff,              :
                                                            :            19 Cr. 109 (LGS)
                -against-                                   :
                                                            :            SCHEDULING ORDER
ANA BRITO,                                                  :
                                    Defendant.              :
----------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that that the parties shall file by **July 2, 2020,** any motions in limine, and by **July 9, 2020,** any responses to the motions.

**ORDERED** that the parties shall file by **July 16, 2020**, a joint statement as provided in the Court's Individual Rule H.1., a joint proposed voir dire, joint proposed requests to charge, and a joint proposed verdict sheet, in each case noting any disagreements between or among the parties.

**ORDERED** that the final pretrial conference, currently scheduled for January 7, 2020, is hereby adjourned to **July 23, 2020, at 11:30 a.m. in Courtroom 1106 of the Thurgood Marshal Courthouse, 40 Foley Square, New York, New York, 10007.**

**ORDERED** that at the final pretrial conference, the Government shall provide the Court and the Defendant with a list of anticipated witnesses and exhibits, and the Defendant shall provide the Court and the Government with a list of potential witnesses for purposes of voir dire. In addition, the parties shall be prepared to discuss with the Court the number of trial days needed.

**ORDERED** that a jury trial, currently scheduled for January 13, 2020, is hereby adjourned to **August 4, 2020, at 9:45 a.m.**  The parties are reminded that any discussions

regarding the possible disposition of this matter will not stay the Court's aforementioned schedule.

**ORDERED** that for the reasons stated in the December 17, 2019, letter (Dkt. No. 32), the Court finds that the ends of justice served by excluding the time between today until July 23, 2020, outweigh the best interests of the public and the defendant in a speedy trial under 18 U.S.C. 3161(h)(7)(A).

The Clerk of Court is respectfully directed to close the open motion at Dkt. No. 32.

Dated: December 18, 2019
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE