

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 18, 2020

> Application Granted in part.  The trial and dates for pretrial submission are adjourned *sine die*.  The parties shall submit a joint status letter on **August 4, 2020.**  The Clerk of the Court is directed to terminate the letter motion at docket number 42.
>
> Dated: June 23, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

**BY ECF**
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States* v. *Ana Brito*, 19 Cr. 105 (LGS)

Dear Judge Schofield:

    The Government writes, with the consent of defense counsel, to respectfully request that trial in this matter, currently scheduled for August 4, 2020, be adjourned until late fall 2020.  The parties have discussed a pretrial disposition of this matter but, given the current limitations on in-person proceedings in light of the COVID-19 pandemic, the parties do not anticipate that a change of plea proceeding will occur prior to the upcoming trial date.  Accordingly, the parties jointly propose that the Court adjourn the trial date until late fall 2020, and then once in-person court proceedings resume, the parties will contact Magistrate Court to schedule a change of plea proceeding.

    In the event that the Court grants this request, the parties further request that time be excluded under the Speedy Trial Act from July 23, 2020 until the date of the rescheduled trial.

                          Respectfully submitted,

                            GEOFFREY BERMAN
                            United States Attorney

                    By: _____
                            Alexandra Rothman
                            Assistant United States Attorney
                            (212) 637-2580

cc: Andrew Patel, Esq. (by ECF)