**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Fax: 646-304-6604
Apatel@apatellaw.com                                                                                            Telephone 212-349-0230

**By ECF**

July 29, 2020

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

*Application Granted. Defendant Brito's conditions of bail are modified to permit travel to the Eastern and Middle Districts of Pennsylvania. Defendant shall provide Pretrial Services with her itinerary as described below. The Clerk of the Court is directed to terminate the letter motion at docket number 47.*

*Dated: July 29, 2020*
*New York, New York*

*/s/ Lorna G. Schofield*
**LORNA G. SCHOFIELD**
UNITED STATES DISTRICT JUDGE

Re:     United States v. Ana Brito
        19 Cr. 105 (LGS)

Dear Judge Schofield:

    This letter is respectfully submitted to request a modification of Ms. Brito's bail conditions to permit Ms. Brito to visit her children who live in Pennsylvania.

    Specifically, we are requesting that Ms. Brito's travel restrictions be extended to permit her to travel to the Eastern and Middle Districts of Pennsylvania. She would be required to provide Pretrial Services with the address and phone number of where she would be staying. She would also be required to give Pretrial Services notice of when she is leaving and when she would be returning to the SDNY.

    These requested modifications are being sought with the consent of Pre-Trial Services Officer Vincent Adams and the consent of Assistant United States Attorney Alexandra Rothman.

                                                Respectfully submitted,

                                                /s/Andrew Patel
                                                Andrew G. Patel

cc:     Vincent Adams
        United States Pre-Trial Services officer (by email)

        Alexandra Rothman
        Assistant United States Attorney (by email and ECF)