```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA         :
                                      ORDER
         - v. -                  :
                                      S1 19 Cr. 105 (LGS)
ANA BRITO,                       :

         Defendant.              :

- - - - - - - - - - - - - - - - x
```

WHEREAS, with the defendant's consent, her guilty plea allocution was made before a United States Magistrate Judge on August 17, 2020;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         August 24, 2020

_____
THE HONORABLE LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE