**Andrew G. Patel**
Attorney-at-Law
80 Broad Street, Suite 1900
New York, New York 10004
Fax: 646-304-6604
Apatel@apatellaw.com                                                                         Telephone 212-349-0230

**By ECF and Email**

November 11, 2020

> WHEREAS Defendant Brito recently commenced her one year period of supervised release and granting this seven week international travel request would undermine the purposes of the sentence imposed, this application is DENIED. The Clerk of the Court is directed to terminate the letter motion at docket number 70.
>
> Dated: November 12, 2020
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

Honorable Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   United States v. Ana Brito
      19 Cr. 105 (LGS)

Dear Judge Schofield:

   This letter is respectfully submitted to request that Ana Brito be permitted to travel to the Dominican Republic from November 20, 2020 to January 8, 2021. Ms. Brito would like to travel to the Dominican Republic to spend the holidays with her family that she has not been able to see during the pendency of this case.

   At the October 27, 2020 sentencing of Ms. Brito, we requested that Ms. Brito's passport be returned to her and that she be permitted to travel to the Dominican Republic. See 10/27/2020 transcript at page 14. Your Honor Ordered that Ms. Brito's passport be returned to her. See 10/27/2020 transcript at page 22. It is respectfully submitted that the primary purpose for Ms. Brito to have her passport is to permit her to travel internationally.

   I have spoken with Officer Christopher Baker, who is supervising Ms. Brito, about this travel request. Officer Baker indicated that such a travel request would require an Order from Your Honor and that, since he just met Ms. Brito, he does not have a sufficient relationship with her to make a recommendation. Officer Baker is of course available to discuss this matter with Your Honor.

                                                Respectfully submitted,

                                                 /s/Andrew Patel
                                                Andrew G. Patel

cc:   Christopher Baker
      United States Probation Officer (by email)

      Alexandra Rothman
      Assistant United States Attorney (by ECF and email)